

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00002-CV

## IN THE MATTER OF THE MARRIAGE OF
## CAROLYN E. BARKER AND JASON ROSS BARKER,
## AND IN THE INTEREST OF A.R.B., A CHILD,

**From the 18th District Court
Somervell County, Texas
Trial Court No. D04560**

## MEMORANDUM  OPINION

Appellant has filed an unopposed motion to dismiss this appeal.  Accordingly,

the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Appeal dismissed
Opinion delivered and filed September 1, 2010
[CV06]